DEK KETCHUM, SBN 48109 (ketchumlaw@yahoo.com)
JENNY D. SMITH, SBN 95911 (jdsmithjd@comcast.net)
LAW OFFICES OF DEK KETCHUM
900 Veterans Boulevard, Suite 600
Redwood City, California 94063
Telephone: (650) 368-2588
Fax: (650) 369-7183

Attorneys for Defendant
Pooroushasb Parineh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>POOROUSHASB PARINEH, Individually, AUSTIAG PARINEH, Individually and as Co-trustee of the Parineh Family Trust dated June 24, 1996 ("PFIT"), Hormoz Parineh, Individually and as Co-Trustee of the PFIT, and Khashayar Parineh, Individually and as Co-Trustee of the PFIT,<br><br>  Defendants.<br>_____ | Case No. 3:12-cv-03527-SC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO UNCONDITIONALLY WITHDRAW**<br><br>Hon. Samuel Conti |

Having considered the motion of Dek Ketchum and Jenny D. Smith of the Law Offices of Dek Ketchum for an order permitting them to unconditionally withdraw as counsel for record for defendant Pooroushasb Parineh (hereafter "Defendant"), as well as Defendant's agreement to appear pro se, and written notice having been given reasonably in advance to Defendant and counsel for the other parties in the case:

**IT IS HEREBY ORDERED** that Dek Ketchum and Jenny D. Smith of the Law Offices of Dek Ketchum are permitted to unconditionally withdraw as counsel for Defendant in the above-entitled action. The clerk of the court is directed to adjust the

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

[PROPOSED] ORDER GRANTING MOTION TO UNCONDITIONALLY WITHDRAW AS COUNSEL, Case No. 3:12-cv-03527-SC

1  docket to reflect the withdrawal of counsel for Defendant, and that Defendant is now
2  proceeding pro se and shall be served at Pooroushasb Parineh, AP8456, California Health
3  Care Facility, Facility C; C2B-146, P. O. Box 32200, Stockton, California 95213.

Dated: February 18, 2014

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
DEK KETCHUM
900 VETERANS BLVD.
SUITE 600
REDWOOD CITY CA 94063
(650) 368-2588

2

[PROPOSED] ORDER GRANTING MOTION TO UNCONDITIONALLY WITHDRAW AS COUNSEL, Case No. 3:12-cv-03527-SC