IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>POOROUSHASB PARINEH, individually, AUSTIAG PARINEH, individually and as co-trustee of the Parineh Family Irrevocable Trust dated June 24, 1996 ("PFIT"), HORMOZ PARINEH, individually and as co-trustee of the PFIT, and KHASHAYAR PARINEH, individually and as co-trustee of the PFIT,<br><br>   Defendants.<br>                                                                    / | No. C 12-03527 WHA<br><br>**REQUEST FOR JOINT STATUS REPORT** |

A prior judge determined that a stay was warranted pending the appeal of a related criminal case in state court (Dkt. No. 36). The action was recently reassigned to the undersigned judge. The parties shall please file a joint status report by **NOON ON DECEMBER 17, 2015**. The action remains stayed until then.

**IT IS SO ORDERED.**

Dated: November 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE