IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>POOROUSHASB PARINEH, individually,<br>AUSTIAG PARINEH, individually and as<br>co-trustee of the Parineh Family<br>Irrevocable Trust dated June 24, 1996<br>("PFIT"), HORMOZ PARINEH,<br>individually and as co-trustee of the PFIT,<br>and KHASHAYAR PARINEH,<br>individually and as co-trustee of the PFIT,<br><br>  Defendants.<br>                                                              / | No. C 12-03527 WHA<br><br>**ORDER LIFTING STAY<br>AND SETTING DEADLINE<br>FOR MOTION FOR<br>SUMMARY JUDGMENT** |

In this interpleader action, a prior judge determined that a stay was warranted pending the appeal of the state-court criminal case in which defendant Pooroushab Parineh has been convicted of the murder of the owner of the policy in issue here (Dkt. No. 36). The California Court of Appeal affirmed the conviction (*People v. Pooroushashb Parineh*, No. A139246 (Sept. 28, 2015)). The case has been stayed pending Parineh's petition for review of his conviction by the California Supreme Court. On January 13, the California Supreme Court denied Parineh's petition for review. The stay is hereby **LIFTED**.

By **FEBRUARY 4**, defendants Austiag Parineh, Hormoz Parineh, and Khashayar Parineh should move for summary judgment, noticed on the normal thirty-five day calendar.

**IT IS SO ORDERED.**

Dated:   January 19, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE