**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>POOROUSHASB PARINEH, individually, AUSTIAG PARINEH, individually and as co-trustee of the Parineh Family Irrevocable Trust dated June 24, 1996 ("PFIT"), HORMOZ PARINEH, individually and as co-trustee of the PFIT, and KHASHAYAR PARINEH, individually and as co-trustee of the PFIT,<br><br>Defendants.<br>                                                                / | No. C 12-03527 WHA<br><br>**ORDER EXTENDING DEADLINE FOR POOROUSHASB PARINEH TO RESPOND TO THE PENDING MOTION FOR SUMMARY JUDGMENT** |

In this interpleader action, the co-contingent beneficiaries of a life insurance policy move for summary judgment. The primary beneficiary, Pooroushasb Parineh, has been convicted of the policyholder's murder and remains incarcerated. Parineh is proceeding pro se. The deadline to respond to the motion for summary judgment was February 18. On March 10, the Court received a request from Parineh seeking to extend the deadline to respond, citing recent illness and his failure to receive the pending motion papers as cause for his delay. Parineh shall have until **APRIL 11** to file a response. Any reply will be due **APRIL 18**. The hearing scheduled for **MARCH 24** is hereby **VACATED**. No new hearing will be scheduled at this time.

The Clerk shall please docket Parineh's request for an extension and **SERVE** this order, the motion for summary judgment, and the supporting declaration on Parineh by mail at the address below (Dkt. Nos. 47, 48).

>  Pooroushasb Parineh
>  AP8456, California Health Care Facility
>  Facility C; C2B-146
>  P.O. Box 32200
>  Stockton, CA 95213

**IT IS SO ORDERED.**

Dated:  March 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE