**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>POOROUSHASB PARINEH, individually, AUSTIAJ PARINEH, individually and as co-trustee of the Parineh Family Irrevocable Trust dated June 24, 1996 ("PFIT"), HORMOZ PARINEH, individually and as co-trustee of the PFIT, and KHASHAYAR PARINEH, individually and as co-trustee of the PFIT,<br><br>Defendants.<br>_____/ | No. C 12-03527 WHA<br><br><br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Austiaj Parineh, Hormoz Parineh, and Khashayar Parineh and against Pooroushasb Parineh. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE