United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>POOROUSHASB PARINEH, individually, AUSTIAG PARINEH, individually and as co-trustee of the Parineh Family Irrevocable Trust dated June 24, 1996 ("PFIT"), HORMOZ PARINEH, individually and as co-trustee of the PFIT, and KHASHAYAR PARINEH, individually and as co-trustee of the PFIT,<br><br>Defendants. | No. C 12-03527 WHA<br><br>**ORDER DENYING POOROUSHASB PARINEH'S MOTION FOR RECONSIDERATION** |

In this interpleader action, an order granted summary judgment for the co-contingent beneficiaries on a life insurance policy, Austiag Parineh, Hormoz Parineh, and Khashayar Parineh, and against the primary beneficiary, Pooroushasb Parineh, on the basis that Pooroushasb had been convicted of the murder of the decedent.

Pooroushasb has filed a "Motion to Suppress the Summary Judgement [sic]," which this order construes as a motion to reconsider under Rule 60. The motion reiterates Pooroushasb's denials of his guilt, notes that he has petitioned for a writ of certiorari from the United States Supreme Court to review his conviction, and notes that he has petitioned for a writ of habeas corpus. He does not deny that his conviction is final or that his conviction precludes his

recovery under Sections 252 and 254(a) of the California Probate Code.  Nor does he offer any grounds for reconsidering the order granting summary judgment.

Pooroushasb's motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated:   September 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2