United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>POOROUSHASB PARINEH, individually, AUSTIAG PARINEH, individually and as co-trustee of the Parineh Family Irrevocable Trust dated June 24, 1996 ("PFIT"), HORMOZ PARINEH, individually and as co-trustee of the PFIT, and KHASHAYAR PARINEH, individually and as co-trustee of the PFIT,<br><br>Defendants.<br>———————————————————/ | No. C 12-03527 WHA<br><br>**ORDER DENYING POOROUSHASB PARINEH'S SECOND MOTION FOR RECONSIDERATION** |

In this interpleader action, an order granted summary judgment for the co-contingent beneficiaries on a life insurance policy, Austiag Parineh, Hormoz Parineh, and Khashayar Parineh, and against the primary beneficiary, Pooroushasb Parineh, on the basis that Pooroushasb had been convicted of the murder of the decedent. An order denied Pooroushasb's "Motion to Suppress the Summary Judgement [sic]," which was construed as a motion for reconsideration (Dkt. No. 61). Pooroushasb has now made a motion for reconsideration. This motion again reiterates Pooroushasb's denials of his guilt, but he does not deny that his conviction is final or that his conviction precludes his recovery under Sections 252 and 254(a) of the California Probate Code. Nor does he offer any grounds for reconsidering the order granting summary judgment.

Pooroushasb's second motion for reconsideration is **DENIED**. Pooroushasb's next step, if he chooses to pursue this case, will be to appeal to our court of appeals.

**IT IS SO ORDERED.**

Dated: October 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE