United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>POOROUSHASB PARINEH, individually,<br>AUSTIAG PARINEH, individually and as<br>co-trustee of the Parineh Family<br>Irrevocable Trust dated June 24, 1996<br>("PFIT"), HORMOZ PARINEH,<br>individually and as co-trustee of the PFIT,<br>and KHASHAYAR PARINEH,<br>individually and as co-trustee of the PFIT,<br><br>Defendants.<br>_____/ | No. C 12-03527 WHA<br><br>**ORDER DENYING<br>POOROUSHASB PARINEH'S<br>THIRD MOTION FOR<br>RECONSIDERATION,<br>ORDERING DISBURSEMENT OF<br>FUNDS, AND TEMPORARILY<br>STAYING ORDER TO DISBURSE<br>FUNDS** |

In this interpleader action, an order granted summary judgment for the co-contingent beneficiaries on a life insurance policy, Austiag Parineh, Hormoz Parineh, and Khashayar Parineh, and against the primary beneficiary, Pooroushasb Parineh, on the basis that Pooroushasb had been convicted of the murder of the decedent. An order denied Pooroushasb's "Motion to Suppress the Summary Judgement [sic]," which was construed as a motion for reconsideration (Dkt. No. 61). An order also denied his second motion for reconsideration (Dkt. No. 63). Pooroushasb has now made a third. This motion again reiterates Pooroushasb's denials of his guilt. He also asserts that his conviction, which has been affirmed by the California Court of Appeal and denied review by the California Supreme Court, is not final, but offers no support for that bare assertion. Moreover, he offers no grounds for reconsideration.

Pooroushasb's third motion for reconsideration is **DENIED**.

Pooroushasb requested "the necessary forms for appeal and the forms for indigency." There is no form for an appeal. Pooroushasb must follow the procedures for filing a notice of appeal in this Court if he wishes to appeal the judgment against him. (Though this order takes no position on whether such an appeal would be timely.) The Clerk shall please include the Court's form for application to proceed *in forma pauperis* when serving this order.

This order hereby **AUTHORIZES** the Court Registry to distribute the proceeds, plus any earned interest, to Austiaj Parineh, Astiag Hormoz Parineh, and Khashayar Parineh, in equal shares. The effect of that order, however, is **STAYED** until **DECEMBER 7**, to allow Pooroushasb Parineh to docket an appeal and seek a stay of ths disbursement, failing which, the Court Registry shall disburse the funds upon expiration of the stay by this Court. (This order takes no position on whether an appeal would be timely or a stay would be appropriate.)

**IT IS SO ORDERED.**

Dated:   November 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2